UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 18cr614 JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING GUILTY PLEA |
| RABOBANK NATIONAL ASSOCIATION, | ) | |
| Defendant. | ) | |

    No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Burkhardt are adopted and this Court accepts defendant's PLEA OF GUILTY to count 1 of the Information filed February 7, 2018.

DATED: March 2, 2018

                                            Hon. Jeffrey T. Miller
                                            United States District Judge