FILED

SEP 10 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  VCC            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 18cr.0614 JM |
|---|---|
| Plaintiff, | DISCREPANCY ORDER; ORDER DISMISSING MOTION TO INTERVENE |
| v. | |
| RABOBANK NATIONAL ASSOCIATION, | |
| Defendant. | |

On or about August 28, 2018, the court received a document from Mr. Paul Backer, Esq. seeking leave to intervene in this action. First, in order to perfect the record, the Clerk of Court is instructed to file the Motion to Intervene ("Motion") on the court docket. Second, the court dismisses the Motion for lack of jurisdiction. Pursuant to Fed.R.Crim.P. 35(a), the court possesses the power to correct a sentence for a 14-day period of time following sentencing. As the case is now final, the court lacks jurisdiction to entertain a challenge to the amended judgment issued on June 6, 2018. The Motion is dismissed.

**IT IS SO ORDERED.**

DATED: 9/10, 2018

JEFFREY T. MILLER
United States District Judge

cc:   All parties

- 1 -

18cr0614